**United States District Court**
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Alex R. Munson
Judge

FILED
Clerk
District Court

NOV 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Tel: (670) 236-2900
Fax: (670) 236-2911

November 1, 2005

<u>Via Facsimile Only to (323) 993-5616</u>

Gregory L. Bonzer
Attorney at Law
846 North Cahuenga Blvd. - Bldg. D
Hollywood, CA 90038

      Re: <u>USA v. KWON, Sooh Oh</u>, Criminal No. 98-00044/Civil No. 03-0029

Dear Mr. Bonzer:

The court has received your Motion for Relief Under Fed.R.Civ.P. 60(b) in the above matter.

Our records indicate that you have never been admitted to practice in this court. Your filing will be held in abeyance pending receipt of a pro hac vice application and fee. Please consult the court's local rules at www.nmid.uscourts.gov for the required information and fee amount.

                                Sincerely,

                                Randy K.R. Schmidt
                                Law Clerk