FILED
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

IN THE MATTER OF THE APPLICATION )     CIVIL ACTION NO. 03-0029
OF: )
_____ )     **PETITION FOR ADMISSION**
_____ )     **TO PRACTICE**
_____ )

**COMES NOW** Petitioner and states the following under the penalties of perjury:

Petitioner's full name: **Gregory L. Bonzer**

Petitioner's Social Security Number: **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**

Petitioner was born at **Denver, Co.**
**USA** on the **28th** day of **August**, _____.

Petitioner's residence address is **115 N. Doheny #203**
**Los Angeles, CA 90048**.

Petitioner's business address is **846 N. Cahuenga,**
**Hollywood, CA 90048**

Petitioner graduated from college at **Boise State University**

AO 72
(Rev. 08/82)

1 _Boise, Idaho_ in _2001_, and graduated from law school
2 at _University of San Diego School of Law_ in _2004_,
3
4 with a degree of _Juris Doctor_.
5
6  Petitioner has been duly admitted to practice in the following courts on the dates indicated:

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| State of California | June '05 | 237-096 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Petitioner's International Standard Lawyer Number (ISLN) is: _____.

Petitioner represents that he or she has not been suspended for misconduct or for any other cause, and has not been denied admission to practice before any court or has ever withdrawn a petition to practice before any court.

**WHEREFORE,** Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands be granted.

DATED this _8th_ day of _November_, _2005_.

_____
Petitioner's Signature

AO 72
(Rev. 08/82)