FILED
Clerk
District Court

United States District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

NOV 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Alex R. Munson
Judge

Tel: (670) 236-2900
Fax: (670) 236-2911

November 30, 2005              <u>Via Facsimile Only to (323) 993-5616</u>

Gregory L. Bonzer
Attorney at Law
846 North Cahuenga Blvd. - Bldg. D
Hollywood, CA 90038

     Re:  <u>USA v. KWON, Sooh Oh</u>, Criminal No. 98-00044/Civil No. 03-0029

Dear Mr. Bonzer:

     You have not yet been admitted to practice pro hac vice because no local lawyer has filed an appearance as associated counsel, as required by local rule. The court will not consider your motion until this has been done. If you no longer represent Mr. Kwon, please let me know by return fax.

     If you do continue to represent him, please respond to the two questions in my previous letter. The first was the year of your birth so your pro hac vice petition will be complete. The second was that your motion states that the U.S. Supreme Court "failed to review" your client's petition for writ of certiorari. As I mentioned, we were unable to find any indication that the petition had been submitted or in any way acted upon. Please provide a U.S. Supreme Court docket number or a case citation so we can determine precisely what happened at the Supreme Court. Thank you.

                             Sincerely,

                             Randy K.R. Schmidt