F I L E D
Clerk
District Court

DEC - 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KWON, SOON OH,<br><br>            Plaintiff<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant | CIVIL ACTION NO. 03-0029<br><br>**NOTICE OF ENTRY OF APPEARANCE AS LOCAL COUNSEL** |

NOTICE is hereby given that I, **Joseph A. Arriola, Esq.**, enters my appearance as the local counsel of record for **Gregory L. Bonzer, Esq.**, who is appearing *pro hac vice*, in the above-captioned matter.

Respectfully Submitted,

12/5/05

JOSEPH A. ARRIOLA, Esq.