FILED
Clerk
District Court

DEC 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re the Matter of the Application for Pro Hac Vice Admission of<br><br>GREGORY L. BONZER<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>            v.<br><br>KWON, Soon Oh,<br><br>            Defendant<br>_____ | Criminal No. 98-00044<br>Civil Action No. 03-0029<br><br><br><br><br><br>ORDER ADMITTING<br>GREGORY L. BONZER<br>PRO HAC VICE |

PURSUANT TO the petition for admission pro hac vice filed by Gregory L. Bonzer, and the local rules of this court, and good cause appearing therefrom,

IT IS ORDERED that Gregory L. Bonzer be and hereby is admitted pro hac

AO 72
(Rev. 8/82)

vice for purposes of this proceeding.

DATED this 12th day of December, 2005.

                                                */s/ Alex R. Munson*
                                                ALEX R. MUNSON
                                                      Judge

AO 72
(Rev. 8/82)